

# NUMBER 13-16-00316-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JORGE ZAMORA QUEZADA AND
JCZO, LP,**                                                                          **Appellants,**

**v.**

**HITACHI MEDICAL SYSTEMS
AMERICA, INC.,**                                                                **Appellee.**

---

### On appeal from the County Court at Law No. 5
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Longoria**

On July 13, 2016, we abated this appeal due to the bankruptcy of one of the parties. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. On January 31, 2019, we ordered the parties to file, within fourteen days of the date of this order, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a

motion to dismiss the appeal.   We advised the parties that the failure to respond to this order would result in reinstatement and dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).   We have not received a response to our order. Accordingly, we reinstate the appeal and we dismiss it for want of prosecution.   *See id.*

NORA L. LONGORIA<br>Justice

Delivered and filed the
14th day of March, 2019.